**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ART ASK AGENCY, | ) | |
| | ) | Case No.: 19-cv-5512 |
| Plaintiff, | ) | |
| | ) | |
| | ) | Judge:  Charles P. Kocoras |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED | ) | |
| ON SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs ART ASK AGENCY, hereby dismiss with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A.  Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 38 | huilaihuiqu |
| 39 | Sunshine Fashion Trading Co., Ltd. |
| 50 | Hui Lei |
| 73 | Xiao Zhang X |
| 147 | chen20hao |
| 148 | chenlin3 |
| 154 | fanxianshengdewujing |
| 165 | guilinbaobao |
| 169 | Hepy |
| 172 | Ho wenwen |
| 173 | hongchennongmao |
| 179 | Lee's shoppp |
| 182 | litingjie |
| 199 | Myonly_ |
| 204 | Posterazzi |
| 214 | Skiwi |
| 225 | xiaochuansw |
| 228 | Xinsheng Technology |
| 240 | ZHAOMEINV |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: November 11, 2019

By:    s/Michael A. Hierl
       Michael A. Hierl (Bar No. 3128021)
       William B. Kalbac (Bar No. 6301771)
       Hughes Socol Piers Resnick & Dym, Ltd.
       Three First National Plaza
       70 W. Madison Street, Suite 4000
       Chicago, Illinois 60602
       (312) 580-0100 Telephone
       mhierl@hsplegal.com

       Attorneys for Plaintiffs
       ART ASK AGENCY

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 11, 2019.

s/Michael A. Hierl